**MADE JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADINE COLQUHOUN,<br><br>    Plaintiffs,<br><br>  v.<br><br>AURORA LOAN SERVICES, LLC,  et al.,<br><br>    Defendants. | Case No.  CV 10-4391-GW(PJWx)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY ORDERED that pursuant to Federal Rules of Civil Procedure 41(a)(1), this action is hereby dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: November 15, 2010          BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER TO DISMISS WITH PREJUDICE